**FORD v. STATE.**
No. 26119.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

**FORD v. STATE.**
No. 26121.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of the offense of unlawfully possessing intoxicating liquor for the purpose of sale in a dry area, and her punishment was assessed at a fine of $150.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.